EWERS et al. v. BUFFALO.

(Circuit Court of Appeals, Eighth Circuit. July 23, 1908.)

No. 2,747.

In Error to the United States Court of Appeals in the Indian Territory.

See 104 S. W. 944.

Dennis H. Wilson, Preston S. Davis, and L. F. Parker, Jr., for plaintiffs in error.

W. H. Kornegay and Cooter, Thompson & Thompson, for defendant in error.

Before SANBORN and HOOK, Circuit Judges, and PHILIPS, District Judge.

PHILIPS, District Judge. This case is the counterpart of that of C. D. Goodrum et al. v. Arthur Buffalo, a Minor, etc. (No. 2,746, just decided by this court) 162 Fed. 817. The only difference of note in the facts is that the lands here in question were allotted to Mary Joseph, a Quapaw Indian, who was the wife of John Medicine, named in said case No. 2,746, through whom the lands in question descended to Arthur Buffalo, defendant in error.

For the reasons stated in the opinion in case No. 2,746, the judgment of the United States Court of Appeals in the Indian Territory is affirmed.